# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHANNON GORHAM,

            Petitioner

            v.

JOSEPH MATTHEW GORHAM,

            Respondent

: No. 195 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.